# Exhibit 1

*Dildine v. City of North Charleston, et al.*

## Photo of Plaintiff

