# Exhibit 2
*Dildine v. City of North Charleston, et al.*

# Burgess photo

